IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Joe W. Buie, #92385,                          )
                                              )    C/A No. 0:05-3185-MBS
                   Plaintiff,                 )
                                              )
         vs.                                  )
                                              )         **O R D E R**
Director Ronaldo Myers,                       )
                                              )
                   Defendant.                 )
_____)

  Plaintiff Joe W. Buie is incarcerated at the Alvin S. Glenn Detention Center in Richland County, South Carolina. He brings this action against Director Ronaldo Myers pursuant to 42 U.S.C. § 1983, asserting unconstitutional conditions of confinement.

  In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Bristow Marchant for pretrial handling. The Magistrate Judge reviewed Plaintiff's submission pursuant to the provisions of 28 U.S.C. §§ 1915 and 1915A and the Prison Litigation Reform Act of 1996. On November 18, 2006, the Magistrate Judge filed a Report and Recommendation in which he recommended that the complaint be dismissed to allow Plaintiff to pursue his administrative remedies as required by 42 U.S.C. § 1997e(a). Plaintiff filed no objections to the Report and Recommendation.

  The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28

U.S.C. § 636(b)(1).  In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation.  <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The court has reviewed the record thoroughly.  The court adopts the Report and Recommendation and incorporates it herein by reference.  Accordingly, the case is dismissed *without prejudice* and without issuance and service of process.

**IT IS SO ORDERED.**


/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

December 20, 2005.


**NOTICE OF RIGHT TO APPEAL**

**Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**

2